No. 17,520.

BAYARD INDUSTRIES, INC. *v.* GATES FACTORY STORE, INC.
(280 P. [2d] 441)

Decided February 21, 1955.

Messrs. O'NEILL & O'NEILL, Mr. GEORGE T. ASHEN, for plaintiff in error.

Mr. JAMES T. AYERS, Mr. GORDON C. SMITH, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.